UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE AMOROSI,<br><br>         Plaintiff,<br><br>v.<br><br>ANTHONY MOLINO, et al.,<br><br>         Defendants. | CIVIL ACTION<br><br>No. 06-5524 |

## ORDER

**AND NOW**, this 2nd day of August, 2010, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion to Vacate the Memorandum and Order Granting Summary Judgment Pending Disposition of Plaintiff's Motion to Enforce Settlement (Docket No. 52) is **DENIED**;

(2) Plaintiff's Motion to Enforce Settlement and Renewed Motion to Enforce Settlement (Docket Nos. 72 & 73) are **DENIED IN PART** to the extent that the motions seek to vacate this court's summary judgment opinion and are **DISMISSED IN PART** for lack of subject matter jurisdiction to the extent that the motions seek enforcement of an alleged settlement;

(3) Defendants' Application for Taxable Costs (Docket No. 54) is **DENIED**; and

(4) Plaintiff's Motions to Proceed with Appeal *In Forma Pauperis* (Docket Nos. 59 & 65) are **DISMISSED AS MOOT**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.